UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ULISES GOMEZ HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>    Respondents. | No. 1:25-CV-216-H |

### ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's habeas petition (Dkt. No. 1). The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than November 9, 2025. The petitioner may file a reply to the respondents' answer and temporary-restraining-order or preliminary-injunction response by no later than November 23, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on October 23, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition (Dkt. No. 1) and the exhibit in support of the petition (Dkt. No. 1-1) shall be made by the petitioner on the Acting United States

– 2 –

Attorney for the Northern District of Texas, Nancy Larson, by 5:00 p.m. CT on October 21, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on October 21, 2025.

                                           _____
                                           JAMES WESLEY HENDRIX
                                           UNITED STATES DISTRICT JUDGE