UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ULISES GOMEZ HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>    Respondents. | No. 1:25-CV-216-H |

## JUDGMENT

For the reasons stated in the Court's order (Dkt. No. 10), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is dismissed with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on January 6, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE